UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KABONI SAVAGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-3664 (CRC) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through undersigned counsel, respectfully move to extend their deadline to file their answer or otherwise respond to Plaintiff's Complaint. Defendants seek a thirty-day extension—from March 23, 2026, until April 22, 2026. The Parties' counsel conferred under Local Civil Rule 7(m). Plaintiff, through counsel, has courteously consented to the relief sought herein, subject to an agreement to confer in two weeks regarding the status of the case, including the possibility of settling the matter. The grounds for this motion are as follows.

Defendants respectfully submit that there is good cause for the requested extension. The undersigned is conferring with agency counsel about the Special Administrative Measures ("SAMs") that are the subject of this litigation to determine whether any possible changes to the SAMs may allow the parties to settle this matter. The thirty-day extension requested herein will therefore further the interests of justice by affording the undersigned a realistic timeframe to confer with agency counsel.

This motion is filed in good faith, not for purposes of gaining any unfair advantage through delay, and is supported by good cause.  It is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by Plaintiff's consent) nor will it adversely affect this Court's orderly administration of this matter.

## CONCLUSION

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated: March 23, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Rashad Hussain* _____
    RASHAD HUSSAIN
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7725
    Rashad.Hussain@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KABONI SAVAGE,

      Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE, et al.,

      Defendants.

Civil Action No. 25-3664 (CRC)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' answer or response to the Complaint is extended until April 22, 2026.

SO ORDERED:

_____
Date

_____
CHRISTOPHER R. COOPER
United States District Judge